IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LYLE STEED JEFFS,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER DENYING WITHOUT PREJUDICE MOTION IN LIMINE TO ADMIT OUT-OF-COURT STATEMENTS OF WARREN JEFFS<br><br>Case No. 2:16-CR-82 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on the government's Motion in Limine to Admit Out-of-Court Statements of Warren Jeffs. For the reasons discussed below, the Court will deny the Motion without prejudice.

The government seeks a pre-trial ruling to determine the relevance and admissibility of certain out-of-court statements made by Warren Jeffs. Specifically, the government will seek to introduce evidence related to "the dictates of . . . Warren Jeffs to the FLDS community regarding the implementation of the United Order, the requirements of participation in the United Order, and the consequences to members for failing to abide by those requirements."[1] The government has appended to its Motion an illustration of the types of statements it intends to offer. Defendant opposes the government's Motion, largely arguing that he has insufficient information to address the government's argument.[2]

---

[1] Docket No. 539, at 2.

[2] Defendant Lyle Steed Jeffs did not directly respond to the government's Motion, but did join in the response filed by Defendant Seth Steed Jeffs. See Docket Nos. 694, 705.

1

2

Having reviewed the parties' arguments, it appears likely that certain statements from Warren Jeffs are relevant and will be admissible at trial. However, the Court is not in a position to issue the broad ruling the government seeks. Rather, the Court will address the admissibility of the statements on a case-by-case basis.

It is therefore

ORDERED that the government's Motion in Limine to Admit Out-of-Court Statements of Warren Jeffs (Docket No. 539) is DENIED WITHOUT PREJUDICE.

DATED this 25th day of July, 2017.

BY THE COURT:

_____
Ted Stewart
United States District Judge