IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>LYLE STEED JEFFS,<br><br>   Defendant. | MEMORANDUM DECISION AND ORDER DENYING WITHOUT PREJUDICE MOTION IN LIMINE TO PRECLUDE ATTACK ON THE INVESTIGATION<br><br>Case No. 2:16-CR-82 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on the government's Motion in Limine to Preclude Attack on the Investigation. For the reasons discussed below, the Court will deny the Motion without prejudice.

The government seeks an order precluding Defendant from attacking the quality of the law enforcement investigation that gave rise to this case. The government concedes that, "[u]nder certain circumstances, a criminal defendant may legitimately raise concerns at trial regarding the quality, completeness, or integrity of the investigation that led to criminal charges."[1] However, the government asserts that it is unaware of any legitimate or relevant basis upon which to attack this investigation. Defendant argues that the government's Motion is premature and that the government has not carried its burden to show that the quality of the investigation is irrelevant.[2]

---

[1] Docket No. 552, at 2.

[2] Defendant Lyle Steed Jeffs did not directly respond to the government's Motion, but did join in the response filed by Defendant John Clifton Wayman. See Docket Nos. 692, 704.

At this point, it is unclear what evidence Defendant may seek to introduce concerning the quality of the investigation. There may be circumstances when such evidence may be relevant. For example, "the quality or bias of a criminal investigation occasionally may affect the reliability of particular evidence in a trial, and hence, the facts surrounding the government's investigation may become relevant."[3] However, any evidence of this nature must meet the requirements of Rules 401, 402, and 403. Appropriate objections can be made with reference to specific evidence at trial. It is therefore

ORDERED that the government's Motion in Limine to Preclude Attack on the Investigation (Docket No. 552) is DENIED WITHOUT PREJUDICE.

DATED this 25th day of July, 2017.

BY THE COURT:

*signature*

Ted Stewart
United States District Judge

---

[3] *United States v. McVeigh*, 153 F.3d 1166, 1192 (10th Cir. 1998).